BEFORE THE THIRD DIVISION, JUNE 21, 1946

**No. 51204.**—Protests 45174–K, etc., of J. R. Tolibia et al. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel and following the decisions cited the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for the cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269; and (2) 1 percent for the cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra.* The protests were sustained to this extent.

**No. 51205.**—Protests 46492–K, etc., of V. Sabella & Co., Inc. (New York).

Opinion by Keefe, J. It was stipulated that certain items of the merchandise consist of cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269 In accordance therewith it was held that an allowance of 2½ percent should have been made in the weight of the cheese by the collector in computing the duty thereon to compensate for the weight of the inedible coverings on the outside of the cheese. The protests were sustained to this extent.

JUNE 24, 1946

**No. 51206.—****—Protest** 91080–K of E. H. Corrigan. Abstract 51046. Plaintiff's application for rehearing denied.

JUNE 24, 1946

**No. 51207.—** *American Mail Line, Ltd.* v. *United States.* C. D. 885 affirmed May 7, 1946. C. A. D. 335.